IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02702-WYD-BNB

DOETTA LIVINGSTON

      Plaintiff,

v.

AMERICAN RECOVERY SERVICE INCORPORATED, a California corporation,

      Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT, having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

Dated:  October 25, 2013.

                                            BY THE COURT:

                                            /s/ Wiley Y. Daniel
                                            WILEY Y. DANIEL,
                                            SENIOR UNITED STATES DISTRICT JUDGE